RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
DAMALI A. TAYLOR (S.B. #262489)
dtaylor@omm.com
ADAM M. KAPLAN (S.B. #298077)
akaplan@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and RASIER, LLC

PAUL B. MASLO (admitted *pro hac vice*)
pmaslo@napolilaw.com
ANDREW DRESSEL (admitted *pro hac vice*)
Adressel@napolilaw.com
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, New York 10017
Telephone:   (212) 397-1000
Facsimile:   (646) 843-7603

Attorneys for Plaintiff
MARTIN DULBERG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN DULBERG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., and RASIER, LLC,<br><br>Defendants. | Case No.  3:18-CV-01611-WHA<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Plaintiff Martin Dulberg filed the complaint in this matter on March 14, 2018. [Dkt. No. 1.] Defendants Uber Technologies, Inc. and Rasier, LLC filed their motion to dismiss on May 3. [Dkt. No. 24.] No class has been certified. Plaintiff no longer wishes to litigate this case. Accordingly, Plaintiff and Defendants stipulate to the dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: May 23, 2018                     O'MELVENY & MYERS LLP

                                        By: */s/ Randall W. Edwards*
                                            Randall W. Edwards

                                        Attorneys for Defendants
                                        Uber Technologies, Inc. and Rasier, LLC

Dated: May 23, 2018                     NAPOLI SHKOLNIK PLLC

                                        By: */s/ Paul B. Maslo*
                                            Paul B. Maslo

                                        Attorneys for Plaintiff
                                        Martin Dulberg

**ATTESTATION OF FILING**

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Paul B. Maslo, attest that concurrence in the filing of this Joint Stipulation has been obtained from Randall W. Edwards.

*/s/ Paul B. Maslo*